**Wanger Jones Helsley PC**
Kurt F. Vote #160496
 kvote@wjhattorneys.com
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330

Attorneys for:   Defendant and Cross-Complainant CLARENCE J. BENNETT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LINNCO, LLC and LINN ENERGY, LLC, Delaware corporations,<br><br>Plaintiffs,<br><br>v.<br><br>CLARENCE J. BENNETT, an individual,<br><br>Defendant.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:14-CV-01881—GSA<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER THEREON** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel, that the Entry of Default against (1) Defendant CLARENCE J. BENNETT, an individual, shall be set aside and withdrawn *nunc pro tunc*. Defendant CLARENCE J. BENNETT shall file and serve his Answer to the Complaint on file herein within seven (7) days from notice of entry of the [Proposed] Order setting aside the Entry of Default.

DATED: January 16, 2015                    WANGER JONES HELSLEY PC


                                By: _____/s/_____
                                        Kurt F. Vote
                                    Attorneys for Defendant
                                    CLARENCE J. BENNETT

{7495/002/00517729.DOC}

1

STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER THEREON

DATED: January 16, 2015                                    BAKER BOTTS, L.L.P.

By: _____/s/_____
Elizabeth Boggs
Attorneys for Plaintiffs
LINNCO, LLC and LINN ENERGY, LLC

## ORDER

**GOOD CAUSE APPEARING** from the Stipulation of the parties as set forth above, the Court being fully advised, **ORDERS** that the Stipulation be effectuated and, thus, that the Entry of Default as to Defendant CLARENCE J. BENNETT be set aside and withdrawn *nunc pro tunc*. Defendants CLARENCE J. BENNETT shall file and serve his Answer to the Complaint on file herein within seven (7) days from notice, via CM/ECF, of entry of this Order.

IT IS SO ORDERED.

Dated:   **January 20, 2015**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

{7495/002/00517729.DOC}

2

STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER THEREON