UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNCO, LLC and LINN ENERGY, LLC, Delaware corporations,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLARENCE J. BENNETT, an individual,<br><br>  Defendant.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:14-CV-01881---GSA<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLETE PRO HAC VICE APPLICATION** |

On May 8, 2015, Plaintiffs LinnCo, LLC and Linn Energy, LLC ("Plaintiffs") submitted an application for attorney Gavin R. Villareal to appear *pro hac vice* pursuant to Local Rule 180(b)(2). (ECF No. 39.) Local Rule 180(b)(2)(i) requires that:

> The *pro hac vice* application shall be electronically presented to the Clerk and shall state under penalty of perjury (i) the attorney's residence and office addresses, (ii) by what courts the attorney has been admitted to practice and the dates of admissions, (iii) a certificate of good standing from the court in the attorney's state of primary practice, (iv) that the attorney is not currently suspended or disbarred in any court, and (v) if the attorney has concurrently or within the year preceding the current application made any other *pro hac vice* applications to this Court, the title and number of each action in which such application was made, the date of each application, and whether each application was granted.

Plaintiffs' application does not include the information or attachments required by Local Rule 180(b)(2)(i) and is thus incomplete. Plaintiffs are instructed to fully complete their

application no later than May 21, 2015 and are advised that failure to comply with the Court's order may result in a denial of the application.[1]

IT IS SO ORDERED.

   Dated: __**May 11, 2015**__            __**/s/ Gary S. Austin**__
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] A form application, as well as instructions to fill out that application, is available on the Court's website at: www.caed.uscourts.gov.

2