UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNCO, LLC, LINN ENERGY, LLC, and BERRY PETROLEUM COMPANY, Delaware corporations,<br>　　　　　Plaintiffs,<br>　vs.<br>DANA FRENCH, as personal representative of the Estate of CLARENCE J. BENNETT,<br>　　　　　Defendant. | Case No. 1:14-cv-01881-DAD-EPG<br><br>**ORDER GRANTING JOINT MOTION FOR CHANGE TO SCHEDULING ORDER**<br><br>**(Doc. 73)**<br><br>Honorable Judge Dale A. Drozd |
| DANA FRENCH, as personal representative of the Estate of CLARENCE J. BENNETT,<br>　　　　　Counter-Claimant,<br>　vs.<br>LINNCO, LLC, *et al.*,<br>　　　　　Counter-Defendants. | |

　　Having reviewed the joint motion of Plaintiffs and Counter-Defendants LinnCo, LLC, Linn Energy, LLC, and Berry Petroleum Company, LLC (collectively "Plaintiffs"), and Defendants and Counter-Claimants Dana French and Clarence J. Bennett (collectively "Defendants") for change to scheduling order.  In light of the joint nature of the request, the motion is GRANTED.

　　The Pretrial Scheduling Order filed October 19, 2015, in this action (Doc. No. 61) is amended as set forth below:

1

1  • March 14, 2016:  Deadline for Linn to respond to discovery letter regarding privilege log
2  • March 21, 2016:  Deadline for Linn to provide revised privilege log
3  • March 28, 2016: Deadline for Bennett to send "meet and confer" document to Linn
4  • April 11, 2016: Deadline for Linn to reply to "meet and confer"
5  • April 25, 2016: Deadline for Bennett to file Motion to Compel, if any
6  • September 9, 2016: Close of discovery
7  • Oct. 11, 2016: Deadline to request additional pages for motions for summary judgment
8  • Oct. 25, 2016: Deadline to raise objections to the use of Dana French's testimony
9  • Oct. 25, 2016: Deadline for submitting cross-motions for summary judgment
10 • December 6, 2016: Deadline for hearing of dispositive motions

IT IS SO ORDERED.

Dated:   **March 8, 2016**

_____
UNITED STATES DISTRICT JUDGE