| | |
|---|---|
| 1 | **BAKER BOTTS L.L.P.** |
| | Kevin M. Sadler  (SBN 283765) |
| 2 | kevin.sadler@bakerbotts.com |
| | Elizabeth K. Boggs (SBN 280555) |
| 3 | betsy.boggs@bakerbotts.com |
| | 1001 Page Mill Road, Building One |
| 4 | Palo Alto, CA 94304 |
| | Telephone: 650.739.7500 |
| 5 | Facsimile:  650.739.7699 |
| | Gavin R. Villareal (*pro hac vice*) |
| 6 | gavin.villareal@bakerbotts.com |
| | 98 San Jacinto Blvd., Suite 1500 |
| 7 | Austin, TX 78701-4078 |
| | Telephone: 512.322.2500 |
| 8 | Facsimile: 512.322.2501 |
| 9 | Attorneys for Plaintiffs and Counter-Defendants |
| | LINNCO, LLC; LINN ENERGY, LLC; and |
| 10 | BERRY PETROLEUM COMPANY, LLC |
| 11 | WANGER JONES HELSEY PC |
| | Kurt F. Vote (SBN 160496) |
| 12 | kvote@wjhattorneys.com |
| | 265 East River Park Circle, Suite 310 |
| 13 | P.O. Box 28340 |
| | Fresno, CA 93729 |
| 14 | Telephone: 559-233-4800 |
| | Facsimile: 559-233-9330 |
| 15 | Attorneys for Defendant and Counter-Claimant |
| | DANA FRENCH, as personal representative of |
| 16 | the Estate of CLARENCE J. BENNETT, an individual |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| 19 | LINNCO, LLC, LINN ENERGY, LLC, and BERRY PETROLEUM COMPANY, Delaware corporations, | Case No. 1:14-cv-01881-DAD-EPG |
| 20 | | **ORDER GRANTING JOINT MOTION FOR CHANGE TO SCHEDULING ORDER** |
| 21 | Plaintiffs, | |
| | vs. | |
| 22 | | Hearing Date:  May 3, 2016 |
| | DANA FRENCH, as personal representative of the Estate of CLARENCE J. BENNETT, | Hearing Time:  9:30 AM |
| 23 | | Courtroom: 5 |
| | Defendant. | Honorable Judge Dale A. Drozd |
| 24 | | |
| 25 | DANA FRENCH, as personal representative of the Estate of CLARENCE J. BENNETT, | |
| | Counter-Claimant, | |
| 26 | vs. | |
| 27 | LINNCO, LLC, *et al*., | |
| 28 | Counter-Defendants. | |

Having reviewed the joint motion of Plaintiffs and Counter-Defendants LinnCo, LLC, Linn Energy, LLC, and Berry Petroleum Company, LLC (collectively "Plaintiffs"), and Defendants and Counter-Claimants Dana French and Clarence J. Bennett (collectively "Defendants") for change to scheduling order, the motion is **GRANTED**.

The scheduling order is revised as below:

- April 29, 2016: Deadline for Linn to reply to Bennett's letter regarding documents
- May 17, 2016: Deadline for Bennett to file Motion to Compel, if any

IT IS SO ORDERED.

Dated:   **April 11, 2016**                              _____
                                                                             UNITED STATES DISTRICT JUDGE