UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNCO, LLC; LINN ENERGY, LLC; and BERRY PETROLEUM COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>DANA FRENCH, as personal representative of the Estate of CLARENCE J. BENNETT, an individual,<br><br>Defendant. | No. 1:14-cv-01881-DAD-EPG<br><br>ORDER |
| ALL RELATED COUNTERCLAIMS. | |

In light of the notice of bankruptcy proceedings under the lead case, *In re Linn Energy, LLC*, No. 16-60040 (Bankr. S.D. Tex.), as to plaintiffs and counter-defendants Linnco, LLC; Linn Energy, LLC; and Berry Petroleum Company (Doc. No. 77), this action is stayed pending resolution of the bankruptcy proceedings. Accordingly, all pending deadlines and hearing dates in this case are hereby vacated. The parties are directed to file a report with this court every 180

/////

/////

/////

/////

1

days, or upon completion of the bankruptcy proceedings, advising this court of the status of those proceedings.

IT IS SO ORDERED.

Dated:  **May 13, 2016**  

_____
UNITED STATES DISTRICT JUDGE