UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINNCO, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DANA FRENCH, as personal representative of the estate of CLARENCE J. BENNETT, <br><br> Defendant. | Case No.  1:14-cv-01881-DAD-EPG <br><br> ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE <br><br> (ECF No. 88) |

The parties have filed a stipulation to dismiss the entire action with prejudice (ECF No. 88). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **January 15, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE